IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08–cv–02153–CMA-KMT
(Consolidated With 08-cv-02154)

FRANK BAXTER GENERAL CONTRACTOR, INC.,

    Plaintiff,

v.

SPRADDLE CREEK AUTOMOTIVE REAL ESTATE, LLC.,
a Colorado limited liability company,

    Defendant.

_____

FRANK BAXTER GENERAL CONTRACTOR, INC.,

    Plaintiff,

v.

GLENWOOD SPRINGS AUTOMOTIVE REAL ESTATE, LLC,
GMAC BANK CORP., and
PUBLIC TRUSTEE OF GARFIELD COUNTY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 52). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that both the above-referenced actions, consolidated under 08-cv-02153-CMA-KMT, be DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs.

DATED: March __12__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge